## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB, Successor In Interest Via Merger To EFS Bank,

                       Plaintiff,

v.

Charles P. Horton, III, Diana D. Horton; A-Tri-County Driving School, Inc.; An Illinois Corporation And Northwest Professional Building Condominiums, An Illinois Corporation,

                       Defendants.

Case No. 1:12 cv 08691

Assigned Judge: Thomas Durkin

Magistrate Judge: Maria Valdez

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE (COUNT I)

NOW COMES the Plaintiff, PNC Bank, National Association, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Northwest Professional Building Condominiums, An Illinois Corporation

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                       PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB, Successor In Interest Via Merger To EFS Bank

                       By: __/s/ Francis J. Pendergast, III_____
                               One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
fpendergast@crowleylamb.com